# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                 )
                                )

KBJ, Inc.                    )      ASBCA No. 59785
                                  )

Under Contract No. NNC11CA18C    )

APPEARANCE FOR THE APPELLANT:        Joseph R. Spoonster, Esq.
                                            Harpst Ross, Ltd.
                                            Uniontown, OH

APPEARANCES FOR THE GOVERNMENT:     Scott W. Barber, Esq.
                                            NASA Chief Trial Attorney
                                            James T. Mahoney, Esq.
                                            Trial Attorney
                                            NASA Headquarters
                                            Washington, DC
                                            Tamika S. Laldee, Esq.
                                            Laura A. Henry, Esq.
                                            Trial Attorneys
                                            NASA Glenn Research Center, OH

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  2 June 2016

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59785, Appeal of KBJ, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals